# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 21-16281

**Case Name** | Cara Jones, et al. v. Google LLC, et al.

**Requesting Party Name(s)** | Plaintiffs-Appellants Cara Jones, et al.

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☒ Brief (*you must also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you must describe the document*)

**The requested new due date is:** April 6, 2023

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

Counsel for Plaintiffs-Appellants respectfully seek three additional weeks in which to file a response to Defendants-Appellees' Petition for Rehearing and Petition for Rehearing En Banc in order to fully address the complex legal issues at stake and in order to accommodate scheduling conflicts.

**Signature** | s/ Jonathan K. Levine        **Date** | March 2, 2023

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

| **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8** |
|:---:|
| *Complete this section for criminal or immigration cases.* |

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my _____ request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: _____ .

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** _____  **Date** _____
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**  2  *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [response to petition] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: March 16, 2023

3. The brief's first due date was: March 16, 2023

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   Counsel respectfully seek an extension of three weeks. While they have been diligent in preparing a response to Defendants-Appellees' Petition, counsel have substantial need for additional time in order to fully address the complex legal issues at stake and to accommodate scheduling conflicts.

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** s/ Jonathan K. Levine  **Date** March 2, 2023
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**     3     New 12/01/2018