

UNITED STATES OF AMERICA
## Federal Trade Commission
Washington, D.C. 20580

Mariel Goetz
Office of General Counsel
Phone: (202) 326-2763
Email: mgoetz@ftc.gov

April 5, 2023

Molly C. Dwyer, Clerk of Court
James R. Browning Courthouse
United States Court of Appeals
  For the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      RE:   *Cara Jones v. Google et al.*, No. 21-16281

Dear Ms. Dwyer:

I represent the Federal Trade Commission. On March 8, the panel in the above captioned matter issued an order inviting the Commission to submit an amicus brief, following appellees' petition for rehearing. The panel asked the Commission to advise the Court by April 8 whether it wishes to submit such a brief, and stated that the brief would be due May 20.

By this letter, the Commission accepts the Court's invitation, and will plan to file by May 20 an amicus brief on the issue identified in the March 8 order.

We thank the Court for its consideration. I may be reached at 202-326-2763 or mgoetz@ftc.gov if there are any questions.

                Respectfully submitted,

1

/s/ *Mariel Goetz*

Mariel Goetz
Attorney for the Federal Trade Commission